**CRESCENT BAR HOMEOWNERS ASSOCIATION and Crescent Bar Resort Condominium Association, Petitioners,**

v.

**FEDERAL ENERGY REGULATORY COMMISSION, Respondent.**

No. 00–70035.

Project No. 2114–070.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 8, 2000.

Decided Jan. 18, 2001.

---

* The Honorable William W Schwarzer, Senior United States District Judge for the Northern District of California, sitting by designation.

Before B. FLETCHER and FISHER, Circuit Judges, and SCHWARZER,* Senior District Judge.

### MEMORANDUM **

Crescent Bar Homeowners Association and Crescent Bar Resort Condominium Association ("Homeowners") petition for judicial review of the Federal Energy Regulatory Commission's ("the Commission") order on ·complaints, dismissing Homeowners' complaints, and its order denying rehearing. Because we find that the complaint failed to show that the Project licensee, Public Utility District No.2 of Grant County, Washington, violated its license by failing to apply for an amendment to exclude property on Crescent Bar Island from the Project, or that the Commission otherwise acted unlawfully, we affirm the order.

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.